# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PAUL REYES SEDILLO,

    Petitioner,

v.                        No.   CV 16-575 WJ/CG
                                         CR 10-2085 WJ

UNITED STATES OF AMERICA,

    Respondent.

## ORDER LIFTING STAY

**THIS MATTER** is before the Court on a review of the record. On December 8, 2016, the Court granted Petitioner Paul Reyes Sedillo's *Motion to Stay Proceedings*, (Doc. 12), and stayed this case pending a disposition by the United States Supreme Court in *United States v. Maldonado-Palma*, 2016 WL 6211803 (10th Cir. 2016). (Doc. 13). On February 27, 2017, the United States Supreme Court denied the petition for writ of certiorari in *United States v. Maldonado-Palma*. 137 S. Ct. 1214 (2017). Therefore, the stay imposed in this case will be lifted and the Court will allow Petitioner fourteen days to file a reply to his § 2255 motion.

**IT IS THEREFORE ORDERED** that the stay in this case is hereby lifted.

**IT IS FURTHER ORDERED** that Petitioner may file a reply to his § 2255 motion within fourteen (14) days of the entry of this Order, or **by May 24, 2017**.

                                            THE HONORABLE CARMEN E. GARZA
                                            UNITED STATES MAGISTRATE JUDGE